# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL CAMACHO,

      Plaintiff,

     v.

PROGRESSIVE ADVANCED
INSURANCE COMPANY,

      Defendant.

No. 4:25-CV-00079

(Chief Judge Brann)

## ORDER

**MARCH 19, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Progressive Advanced Insurance Company's Motion for Summary Judgment, Doc. 17, is **GRANTED** for both of Plaintiff Paul Camacho's claims.

2. Judgment is entered in favor of the Defendant and against the Plaintiff.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge