AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | |
|---|---|
| Paul Camacho | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. 4:25-CV-00079 |
| Progressive Advanced Insurance Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of the Defendant and against the Plaintiff.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Matthew W. Brann  on

Memorandum Opinion and Order granting Motion for Summary Judgment (doc. 26 & 27.)

.

Date:  March 19, 2026

CLERK OF COURT

*Emily C. Aikey*

*Signature of Clerk or Deputy Clerk*